SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE", ELIZABETH, N. J., *ETC.*, PLAINTIFF-PETITIONER, v. SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE", ELIZABETH, N. J. (DIOCESE FOR EASTERN STATES OF AMERICA AND CANADA) *ET AL.*, DEFENDANTS-RESPONDENTS.

SERBIAN EASTERN ORTHODOX CONGREGATION OF "ST. GEORGE", ELIZABETH, NEW JERSEY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CASLOV NIKITOVIC, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 106 *N. J. Super.* 22.

*Mr. Daniel J. Russell* for the petitioners.

*Mr. Paul R. Williams* for the respondents.

September 30, 1969. Denied.

GENERAL RADIO TAXI SERVICE, INC., PLAINTIFF-RESPONDENT, v. SUBURBAN BRONZE CO., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Moser, Roveto & McGough* and *Mr. Joseph V. Cullum* for the petitioners.

*Messrs. Baker, Garber, Chazen & Duffy* for the respondent.

September 30, 1969. Denied.